**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 11-cv-00027-WJM-MEH

UNITED STATES OF AMERICA,

    Petitioner,

v.

PERE HOLLOWAY, Owner, TJ & Pere Holloway Investments, Inc.,

    Respondent.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO Fed.R.Civ.P. 41(a)(1)(A)(i)**
_____

Upon reviewing the United States of America's Notice of Voluntary Dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), the Court hereby ORDERS that the above-captioned case is DISMISSED, WITHOUT PREJUDICE.

Dated this 28th day of February, 2011.

                                                BY THE COURT:

                                               s/ *William J. Martínez*
                                               United States District Judge